# JANUARY, 1925.

### Joe Rosso v. The State.

#### No. 9134.   Delivered Jan. 7, 1925.

**Possessing Intoxicating Liquors—Statement of Facts—Must be Signed by Attorney.**

There is on file what purports to be a statement of facts, which has never been signed by attorneys for either the State or appellant, and does not bear the file mark of the clerk of the lower court. It cannot be considered.

Appeal from the District Court of Grayson County. Tried below before the Honorable Silas Hair, Judge.

Appeal from a conviction for possessing intoxicating liquor, penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, Judge.—Conviction is for possessing intoxicating liquor for the purpose of sale. Punishment is confinement in the penitentiary for two years.

The record contains no bills of exception. There is on file in this court what purports to be a statement of facts but it has never been signed by the attorneys either for the state or appellant. It is not approved by the trial judge, and neither does it bear the file mark of

the clerk of the lower court. In such condition it can not be considered.

The record presents no matter for review and the judgment is affirmed.

*Affirmed.*